**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DONALD TINSLEY,** | NO. CV 13-06126-VBF-SS |
| **Petitioner,** | |
| v. | RULE 58 JUDGMENT |
| ELVIN VALENZUELA (WARDEN), | |
| Respondent. | |

Pursuant to the Court's Opinion and Order issued this same date, final judgment is entered in favor of respondent Elvin Valenzuela and against the petitioner Donald Tinsley.

DATED: May 7, 2014

*Valerie Baker Fairbank*

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE